UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BEN EWING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:16-CV-3022-G (BK) |
| RUSHMORE LOAN MANAGEMENT | ) |
| SERVICES, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge. Defendants' amended motion for summary judgment (docket entry 11), is **GRANTED**.

**SO ORDERED**.

March 16, 2018.

*(signature)*
**A. JOE FISH**
**Senior United States District Judge**